# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NGUYEN,<br><br>           Plaintiff,<br><br>vs.<br><br>RA MEDICAL SYSTEMS, INC., MARTIN COLOMBATTO, WILL MCGUIRE, RICHARD MEJIA, JR., SUSANNE L. MELINE, and JOAN STAFSLIEN,<br><br>           Defendants. | Case No.: 3:22-cv-01470-BEN-MSB<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

     Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff David Nguyen ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: February 7, 2023             **BRODSKY & SMITH**

                                         By:   */s/ Evan J. Smith*
                                                Evan J. Smith
                                                9595 Wilshire Blvd., Ste. 900
                                                Beverly Hills, CA 90212
                                                Phone: (877) 534-2590
                                                Facsimile (310) 247-0160

                                                *Attorneys for Plaintiff*